IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON PATRICIA PINDRIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner for | : | |
| Social Security | : | NO. 16-4413 |

# ORDER

AND NOW, this 6th day of February 2017, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, it is hereby ORDERED that:

1. The Claimant's Request for Review is GRANTED, in part, and DENIED in part; and

2. The matter shall be remanded to obtain an independent review of the psychiatric records.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*